UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN WOFFORD,

    Petitioner,

v.

JEFFREY WOODS,

    Respondent.

_____/

CASE NO. 2:16-cv-13083

HON. LAURIE J. MICHELSON

MAG. R. STEVEN WHALEN

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Woods, Respondent, in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion & Order/Judgment entered in this action on November 05, 2018.

Respectfully submitted,

Bill Schuette
Attorney General

s/John S. Pallas

Assistant Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI  48909
(517) 373-4875
Pallasj@michigan.gov
P42512

Dated:  November 26, 2018

## Certificate of Service

I hereby certify that on November 26, 2018, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE LAURIE J. MICHELSON
MAGISTRATE R. STEVEN WHALEN
COLLEEN P. FITZHARRIS, ATTORNEY FOR PETITIONER

                Bill Schuette
                Attorney General

                s/<u>John S. Pallas</u>

                Assistant Attorney General
                Appellate Division
                P.O. Box 30217
                Lansing, MI  48909
                (517) 373-4875
                Pallasj@michigan.gov
                P42512